UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-00318-M

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SHANNON MICHAEL HUNT | |

This matter comes before the court on Defendant's unopposed motion to continue the sentencing hearing [DE 38]. For good cause shown, the sentencing hearing shall be reset to the August 22, 2023 term of court.

SO ORDERED this 12Th day of June 2023.

*Richard E Myers II*
RICHARD E. MYERS, II
CHIEF UNITED STATES DISTRICT JUDGE