IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00318-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHANNON MICHAEL HUNT,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed motion to continue the sentencing [DE 41]. For good cause shown, the motion is GRANTED. Defendant's sentencing is continued until the March 5, 2024 term of court.

SO ORDERED this 21st day of August, 2023.

Richard E Myers II
_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE