IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00318-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHANNON MICHAEL HUNT,

    Defendant.

ORDER

This matter comes before the court on the United States' unopposed Motion for Amended Judgment. [DE 60]. The United States clarifies that it will not seek restitution in this case and asks that the judgment be amended accordingly. For good cause shown, the motion is GRANTED. The clerk of court is DIRECTED to amend the judgment to reflect that there is no restitution in this case. The special condition of supervision ordering payment of restitution shall also be removed.

SO ORDERED this ___31st___ day of October, 2024.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE